UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN SARCONI,

                        Plaintiff,            NOTICE OF APPEARANCE

    -against-                              07-CV-4636

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

                        Defendants.

---

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff, BENJAMIN SARCONI.

I certify that I am admitted to practice in this court.

June 6, 2007

                                                  _____
                                                  ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                                  of FINKELSTEIN & PARTNERS, LLP
                                                  436 Robinson Avenue
                                                  Newburgh, N.Y. 12550
                                                  Phone: (800) 634-1212
                                                  Fax: 845-562-3492
                                                  E-mail: epolimeni@lawampm.com