ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
BENJAMIN SARCONI,

        Plaintiff,

   -against-                      07-CV-4636 (WP4) (MDF)

SMITHKLINE BEECHAM CORPORATION,    STIPULATION
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

        Defendants.
----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Benjamin Sarconi, and Defendant SmithKline Beecham d/b/a GlaxoSmithKline ("GSK") (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to Plaintiff's Complaint is hereby extended to thirty (30) days after entry of

an order of the Judicial Panel on Multidistrict Litigation on the motion, filed on June 11, 2007, to transfer and consolidate in *In re Avandia Products Liability Litigation.*

Dated: July 30, 2007

_____
Eleanor L. Polimeni, Esquire (EP 8687)
FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, NY 12550

Attorneys for Plaintiff Benjamin Sarconi

_____
Suzanne M. D'Amico, Esquire (SD 3581)
Kenneth J. King, Esquire (KK 3567)
PEPPER HAMILTON LLP
420 Lexington Avenue
New York, NY 10170-2399

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

So ORDERED.

_____
U.S.M.J.

MARK D. FOX
United States Magistrate Judge
Southern District of New York

dated: 8/3/07