UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENJAMIN SARCONI,

                Plaintiff,

    -against-                              07-CV-4636

SMITHKLINE BEECHAM CORPORATION,      **NOTICE OF APPEARANCE**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
------------------------------------------------------------X

        PLEASE TAKE NOTICE that Pepper Hamilton LLP, 420 Lexington Avenue, New York, New York 10170, hereby appears, by undersigned counsel, as counsel for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline as of this date and requests that all papers in this action be served upon the undersigned at the address listed below.

Dated: New York, New York
         August 8, 2007

                                                        PEPPER HAMILTON LLP

                                                        By: _____
                                                           Kenneth J. King, Esq. (KK 3567)
                                                      420 Lexington Avenue
                                                      Suite 2320
                                                      New York, NY 10170-2399
                                                      (212) 808-2700
                                                      (212) 286-9806 (fax)
                                                      <u>kingk@pepperlaw.com</u> (email)

#8768876 v1