UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BENJAMIN SARCONI,

        Plaintiff(s),

    -against-                        07-CV-4636 (KMK)(MDF)

SMITHKLINE BEECHAM CORPORATION,      STIPULATION
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

        Defendants.
----------------------------------------------------------x

      IT IS HEREBY STIPULATED by the above-captioned plaintiff and defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of a Case Management Order, absent any direction by the Court to the contrary in the Case Management Order.

Dated: November 8, 2007

NOV 6 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_[signature]_
Eleanor L. Polimeni, Esquire
FINKELSTEIN & PARTNERS, LLP
Office & P.O. Address
436 Robinson Avenue
Newburgh, New York 12550

Attorneys for Plaintiff Benjamin Sarconi

November 19, 2007
White Plains, NY

_[signature]_
Kenneth J. King, Esquire (KK 3567)
Suzanne M. D'Amico, Esquire (SD 3581)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

So Ordered:

_[signature]_