A CERTIFIED TRUE COPY

NOV 1 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 25 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                  MDL No. 1871

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A.#**              **CASE CAPTION**

ARKANSAS WESTERN
   ARW 1  07-1088           Jimmy Mason v. SmithKline Beecham Corp., et al.

CALIFORNIA CENTRAL
   CAC 2  07-6149           Alicia H. Rodriguez, et al. v. SmithKline Beecham Corp.
   CAC 5  07-1109           James Roland v. GlaxoSmithKline

FLORIDA SOUTHERN
   FLS 1  07-22434          Jose Izquierdo v. SmithKline Beecham Corp., et al.
   FLS 9  07-80816          Clifford Cartwright, et al. v. GlaxoSmithKline

ILLINOIS SOUTHERN
   ILS 3  07-506            Donald R. Knight v. SmithKline Beecham Corp.

INDIANA SOUTHERN
   INS 1  07-1202           William Bass v. GlaxoSmithKline, PLC, et al.

LOUISIANA EASTERN
   LAE 2  07-4013           Junita Cuccia v. GlaxoSmithKline, PLC, et al.

NEW JERSEY
   NJ 2  07-3291            Richard V. D'Apuzzo v. GlaxoSmithKline, PLC, et al.

NEW YORK EASTERN
   NYE 2  07-4016           Michael Miracolo v. GlaxoSmithKline, PLC, et al.

NEW YORK SOUTHERN
   NYS 1  07-4006           Sheila E. Schrank v. GlaxoSmithKline, PLC, et al.
   NYS 1  07-7879           Frank W. Curley v. SmithKline Beechman Corp., et al.
   NYS 1  07-7896           Kim Griffin v. SmithKline Beecham Corp., et al.
   NYS 1  07-7898           Donald Spallone v. SmithKline Beecham Corp., et al.
   NYS 1  07-7899           Linda Madison, etc. v. SmithKline Beecham Corp., et al.
   NYS 1  07-8137           Jesse Pitt v. SmithKline Beecham Corp., et al.
   NYS 1  07-8138           Victor Estevez v. SmithKline Beecham Corp., et al.
   NYS 1  07-8141           Aida Rojas v. SmithKline Beechman Corp., et al.
   NYS 1  07-8170           Harvey A. Silverstein, et al. v. SmithKline Beecham Corp., et al.
   NYS 7  07-4636           Benjamin Sarconi v. SmithKline Beecham Corp., et al.

**MDL No. 1871 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| OHIO NORTHERN | |
| OHN 1 07-2841 | Marvin Phillips, et al. v. GlaxoSmithKline, PLC |
| OKLAHOMA EASTERN | |
| OKE 6 07-305 | Ray Donahoo, et al. v. GlaxoSmithKline, PLC |
| PUERTO RICO | |
| PR 3 07-1854 | Maria Del-Rosario-Pagan, et al. v. GlaxoSmithKline, PLC, et al. |
| TENNESSEE EASTERN | |
| ~~TNE 3 07-266~~ | ~~J. Terry Holland, et al. v. GlaxoSmithKline, PLC~~ Opposed 11/8/07 |
| TENNESSEE WESTERN | |
| TNW 2 07-2428 | Lula Trass v. GlaxoSmithKline, Inc. |
| TEXAS EASTERN | |
| TXE 1 07-586 | Barry Nicholas v. SmithKline Beecham Corp. |
| TXE 2 07-254 | Peggie Stanford, et al. v. SmithKline Beecham Corp. |